**DOCKETED**
DEC 27 2004

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
DEC 23 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LEONARD BLACKWELL

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

04C 8271

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

STATE OF ILLINOIS

Dept of Corrections

Dept of Professional Reg

City of Chicago Corp Counsel

Dept of Revenue

Elgin Mental Health Care

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

JUDGE ANDERSEN

MAGISTRATE JUDGE LEVIN

**CHECK ONE ONLY:**

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

✓ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331(a) U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Revised 4/01

1

**I. Plaintiff(s):**

A. Name: LEONARD BlACKWEll

B. List all aliases: _____

C. Prisoner identification number: 20040051637

D. Place of present confinement: Department of Corrections

E. Address: 2600 So California Chicago, Illinois 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: _____

   Title: _____

   Place of Employment: _____

B. Defendant: _____

   Title: _____

   Place of Employment: _____

C. Defendant: _____

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 4/01

### III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (X) NO ( )

C. If your answer is YES:

1. What steps did you take?
   Court preceeding
   Grivence
   Wrote Letters to Appropiate parties

2. What was the result?
   Pending -

3. If the grievance was not resolved to your satisfaction, did you appeal?

What was the result (if there was no procedure for appeal, so state.)
Grivence was with Case Worker
Pending

D. If your answer is NO, explain why not:

Revised 4/01

3

E. Is the grievance procedure now completed?   YES ( )   NO (X)

F. If there is no grievance procedure in the institution, did you complain to authorities?   YES (X)   NO ( )

G. If your answer is **YES**:

1. What steps did you take?

   _Notice to The Court_

2. What was the result?

   _Continue Court Date_

H. If your answer is **NO**, explain why not:

Revised 4/01

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: 02CR2847501 IN the CRIMINAL Circuit Court of Cook County

B. Approximate date of filing lawsuit: 12 - 04

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Leonard Blackwell

D. List all defendants: State of Illinois Department of Corrections, City of Chicago Corporation Counsel, Department of Revenue, Department of Professional Regulations, Elgin Mental Health Care

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook County

F. Name of judge to whom case was assigned: Judge J. P. Kirby

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending.

H. Approximate date of disposition: 10 - 22 - 02

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Arrested by Police Officer in the City of Chicago on October 22, 2002 at 842 West 58th St Charged with Offense of Unlawful Use of Weapon Transfered into Department of Correction Vehicle Towed from the above Address whom is the Respondence: Diane Sutton ex Girlfriend. Without Lawful Authority, Seized certain papers, property, statements, and other evidence which might tend to criminate and/or other evidence to criminate the accused portions. That the Seizure of said items was without lawful authority interest in the seized which are now sought to be Suppressed at the time of the Arrest, The Accused was not violating any Law State, Federal, or Local and there existed no probable caused to make the Arrest searched or seizure complained of.

The Arrest, Search and Seizure complained of was made without any Warrent or any Authority whatsoever. 720-5/24-1.6(A)(I)-1  720-5/24-1-6(A) 720 5/24-1-1.6(A)(I)-1  Agg Unlawful Use of Weapon/Veh 4 Counts

Revised 4/01

6

## VI. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Quash Arrest, Suppress Evidents Indictment reinstate Identification - Criminal - Civils Damages Unlawful Arrest Indictment, Unlawful Restraigd, Religion, Sex, Educational Studies, Compensory - Punative Damages Residence Credit, Propeety, Employment, Church

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __12__ day of _____, 20__04__

_Leonard Blackwell_
(Signature of plaintiff or plaintiffs)

LEONArd BLACKWEll
(Print name)

20040051637
(I.D. Number)

P.O. Box 089002
DIV-5- 1-J U-8
Chicago, Illinois 60608
(Address)

Revised 4/01

8

I. **Plaintiff(s):**

   A. Name: People of State of Illinois

   B. List all aliases: _____

   C. Prisoner identification number: 20040051637

   D. Place of present confinement: Department of Corrections

   E. Address: 2600 So California Chicago, Illinois 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Leonard Blackwell

   Title: Detective - Security

   Place of Employment: Universal Chicago, Ill

   B. Defendant: Leonard Blackwell

   Title: Detective - Security

   Place of Employment: Illinois State Security Chicago, Ill

   C. Defendant: Leonard Blackwell

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

### III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X)   NO ( )   If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (X)   NO ( )

C. If your answer is **YES**:

1. What steps did you take?
File GRIVENCE AFtER DiSCHARGED FROM Summary

2. What was the result?
Court CONTINUEOUS

3. If the grievance was not resolved to your satisfaction, did you appeal?

What was the result (if there was no procedure for appeal, so state.)

NO RESPONEE fRom GRIVENCE but Court DAtes CONtiNuES 10-22-02 tO PRESENt

D. If your answer is **NO**, explain why not:
PRESENtly INCArCERAtED GRIVENCE hAVE NOt bEEN RELEASED OF Results Still PENding All.

Revised 4/01                                    3

E. Is the grievance procedure now completed? YES ( ) NO (X)

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (X) NO ( )

G. If your answer is **YES**:

1. What steps did you take?

    COURT PROCEEDING

2. What was the result?

    PENDING

H. If your answer is **NO**, explain why not:

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: 02CR2847501 Aggravated Unlawful Use Of Weapon / Vehicle

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: LEONARD Blackwell — ComEd IBEW

D. List all defendants: Leonard Blackwell IBEW — ComEd

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Chicago, Illinois 60604 1st District

F. Name of judge to whom case was assigned: Judge J. P. Kirby Criminal Division 2600 So California Chicago, Illinois 60608

G. Basic claim made: NO

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Disposition of Case Pending

H. Approximate date of disposition: Oct 22, 2002

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

## V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Leonard Blackwell Charged by City of Chicago Unlawful Use of Weapon In The City of Chicago Indictment Filed by State Attorney Oct 22, 2002 to Current 2600 So California Chicago, Illinois 60608 20040051637 #02CR2847501
City of Chicago 03 M1 450205 2002730062
Diane Sutton 842 W 58th St Chicago, Illinois 606

Leonard Blackwell 3241 Chalk Maple Court South Bend Indiana 46686 Maple Lane 2901 Sugar Maple Court 6300 Joliet RD Countryside Illinois 60455 574-277-3731 P.O. Box 2124 Bridgeview Illinois 60455-6124

Department of Professional Regulations 3-2003 100 West Randolph Chicago, Illinois 60602 312-814-1695 #200303207-1 CASE
Department of Revenue City of Chicago 10-2002 10305 So Doty RD Chicago, Illinois 60617
Secretary of State Driver License
Revised 4/01        6

City of Chicago Administrative Hearing
Department of Revenue   400 West Superior
Chicago, Illinois 60608-1292   10-22-02
12-27-02
Department of Corrections 2600 So California 60608
Criminal Court Room 204     Public Defenders Office
Cook County Sheriff.   10-22-02


Elgin Mental Health Care   750 So State St
Elgin Illinois 60123-7692   847-762-1046 3131
7-15-03
Mara S. George Corporation Counsel
O Kate Tragesser, Assistant Corporation Counsel
30 No. LaSalle St Room 700 Chicago, Illinois 60602
5-24-03


The Circuit Court of Cook County Municipal Division
1st District   Judge Tristano   2002-730062
03M1 450205   312-742-8200
City of Chicago DOAH
740 No Sedgwick St 2ND FL
Chicago IL 60610

Revised 4/01                7

**VI.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Settle All Damages of Compensentory - Punative Reinstate Identification Quash Arrest - Indictment And Release From Any Statement or Convictions From The Service List. Exspungement Of Record.

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __12__ day of __01__, 20__04__

_Leonard Blackwell_
(Signature of plaintiff or plaintiffs)

LEONARD BLACKWELL
(Print name)

20040051637
(I.D. Number)
2600 So California Div 5 1-J
Chicago, Illinois 60608

(Address)



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

*\*Prisoner Correspondence*

Date: __11-3-04__

In response to your enclosed request, please see the box or boxes checked:

☐ This court does not have the requested forms. Check with your law library or the public library.

☐ Communications to the court (such as letters sent to the judge) without a certificate of service to the opposing party(s) are what the law calls "ex parte" and will not be considered by the court. All court filings must be in the form of pleadings, with the case name, number, and caption, and served on opposing parties, in order to comply with Fed.R.Civ.P. 5.

☒ The enclosed material contains no case number or case title *for this court*. Without that information the document cannot be processed. Accordingly, the material you submitted to this office is being returned to you. See Fed.R.Civ.P. 10(e).

☐ Pursuant to *Antonelli v. Sheahan*, 81 F. 3d 1422, 1431 (7th Cir. 1996), mail from the Clerk of the Court is not privileged mail and can be opened outside the presence of the prisoner. *See also, Jones v. Sheahan*, 2002 WL 959814 (N.D. IL.).

☐ As the court has previously ordered, you must pay the full filing fee, in installments if so ordered, in all cases filed in this court.

☐ Check with the trust fund officer at your institution to determine the status of payment of your court filings fees.

☐ Status request: As of this date the Court has taken no action on the requested case. When an order is entered, your will promptly be notified by mail.

☐ Status request: Attached is the latest docket entry in your case.

☐ It is the responsibility of the party filing the documents to serve the opposing side and to file a certificate of service indicating who was served, who made the service, when and how this service was made. For the above reasons, your service copies are being returned to you. *See* Fed.R.Civ.P. 5.

☐ Please be advised that we are not attorneys and are prevented by federal law from answering questions of a legal nature. We are also prohibited from interpreting the rules. You should direct your questions to an attorney who will be able to give you the legal advice you seek, or to contact the law library at your institution. We regret that we cannot assist you in this matter.

*The Prisoner Correspondence Office is the part of the Clerk's Office which processes all mail from inmates.
**Continued on reverse side**

☐ Contact: Attorney Registration and Disciplinary Commission of the Illinois Supreme Court (ARDC)
   One Prudential Plaza
   130 E. Randolph Drive
   Chicago IL 606901

☐ Contact: Clerk of the Circuit Court of Cook County
   Richard J. Daley Center
   Chicago IL 60601

☐ For copies of collected bound reported court opinions, contact:
   Sale Department, West Publishing
   P.O. Box 3526
   St. Paul MN 55165

☐ Local Rule 5.1 requires that "all materials shall be filed in the divisional office of the division to which the case is assigned." Your case is assigned to the **Western Division**. Send all requests and documents related to this case to the Western Division at:
   U.S. District Court for the Northern District of Illinois
   211 South Court St. - Room 252
   Rockford IL 61101

☐ For a copy of Local Rules for U.S. District Court, Northern District of Illinois, the fee is $10.50 payable to Clerk, U.S. District Court. Send the fee and your request to:
   Clerk, U.S. District Court
   Attn: Cashier
   219 S. Dearborn - 20th floor
   Chicago IL 60604

☐ For a copy of the Federal Rules of Civil, Criminal, Bankruptcy, Evidence or Appellate Procedures, contact:
   Superintendent of Documents
   U.S. Government Printing Office
   Washington D.C. 20402

☐ Pursuant to Local Rule 5.6, no pleading, motion [except for motion to intervene], or other document shall be filed in any case by any person who is not a party thereto, unless approved by the court. Without such an order, the clerk shall not accept any document sent in by a person who is not a party.

☐ We cannot comply with your request to backdate stamp your documents. Received stamped copies for return to you must be received at the time of filing. Accordingly, your documents are being returned to you.

☐ You filed your case under your alias and not the name under which you are incarcerated. Your mail at the institution must be addressed to you under your institutional name. Therefore, unless you inform the court in writing of your correct name, and ask the court to remove your alias name, you will not receive any further notices from the court.

requestform.wpd
Updated 6/15/04

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DIVISION, FIRST DISTRICT

LEONARD BLACKWELL
    PLAINTIFF                                    02CR2847501

V.

STATE OF ILLINOIS
    DEFENDENT

NOTICE OF FILING

MARA S. GEORGE, CORPORATION COUNSEL
O. KATE TRAGESSER, ASSISTANT CORPORATION COUNSEL
30 N. LASALLE ST., ROOM 700
CHICAGO, ILLINOIS 60602

    PLEASE TAKE NOTICE THAT ON AUGUST 4, 2004 THAT PLAINTIFF COMPLAINT, THE DEFENDENT, CITY OF CHICAGO, A MUNICIPAL CORPORATION, FILED WITH THE CIRCUIT COURT OF ADMINISTRATION RECORD IN THE ABOVE CAPTIONED CAUSE.

IN THE CITY OF CHICAGO, DEPARTMENT OF COOK COUNTY OF CORRECTIONS 2700 SO. CALIFORNIA CHICAGO, ILLINOIS 60608. BEFORE THE HONORABLE JUDGE J.P. KIRBY ROOM 204. 20040051637. 2002730062

                                  LEONARD BLACKWELL

# Certificate of Service

City of Chicago - Corporation Counsel

1) Department of Revenue

2) Department of Corrections

3) Elgin Mental Health Center
   DHS

4) Department of Professional Regulations

5) ComEd - IBEW

7) Universal - ISS

8) EEOC - US Department of Labor

9) Internal Revenue Service

10) Lisa Kane - Associates

11) Bernard Davis - Associates

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: UNKNOWN ComED

B. Approximate date of filing lawsuit: JUNE 2000

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: IBEW JUNE 2000

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District 1st District

F. Name of judge to whom case was assigned: Costello — Kruger

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED

H. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 4/01

5

CLERK OFFICE: MICHAEl DObbINGS

UNKNOWN CASE NumbER with 2002 ~~CostoHo~~ 8-
with COMED                                JUdGE COStOllo

UNKNOWN CASE Number with IBEW200
                                KRUGER